### Alexander Adams v. Ennis Church.

*Capias: Order to dismiss, interlocutory.* An order dismissing a *capias* and discharging the defendant from arrest, upon condition that the defendant file a stipulation that he will not bring suit against the plaintiff, nor against the sheriff for his arrest, is an interlocutory order, not a judgment; and therefore, not removable into this court by writ of error.

*Heard October 25. Decided October 26.*

Error to Calhoun Circuit.

*Brown & Patterson,* for plaintiff in error.

*Fitzgerald & O'Brien,* for defendant in error.

CAMPBELL, CH. J.

The writ of error in this case is brought on an order of the Circuit Court of Calhoun County, discharging a *capias.*

The writ was issued December 9th, 1869, returnable on the first Monday of March, 1870, and the defendant was arrested on it immediately. On the 19th of March, 1870, defendant, by his attorneys, moved to set aside and dismiss the writ, and set aside the order to hold to bail, and that defendant be discharged from arrest. On the 21st of March, on motion of defendant, by his attorneys, proceedings were

stayed for two weeks. On the 11th of July, 1870, plaintiff declared. On the 18th of July the court ordered that the *capias* be dismissed, and the order to hold to bail set aside, and defendant discharged from arrest, on condition that he should stipulate not to bring suit for his arrest. The next day he filed such a stipulation. No further proceedings appear.

The order of the court was an interlocutory order, and not a judgment. It cannot, therefore, be brought here by writ of error, and the case must be dismissed for want of jurisdiction.

GRAVES and COOLEY, JJ. concurred.

CHRISTIANCY, J. did not sit in this case.